

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL FILED

July 28, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 12:15:45 PM
CHRISTOPHER A. PRINE
Clerk

MARK RUBAL
ATTORNEY OF RECORD
15150 MIDDLEBROOK DR. STE A
HOUSTON, TX 77058

Defendant's Name: JULIAN THOMAS VALDEZ

Cause No: 1373128

Court: 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/25/15
**Sentence Imposed Date:** 6/25/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** MARK RUBAL
**Motion for New Trial Filed:** 7/24/15

Sincerely,

S. NORRIS

Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    LOUISE STECKLER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.